UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:20-cv-00135
———

**Nona Sano,**
*Plaintiff,*

v.

**BTS Motors, LLC et al.,**
*Defendants.*
———

### ORDER

On May 21, 2021, the parties filed a document styled as an "agreed order of dismissal with prejudice." Doc. 40. The court construes that document as a motion to dismiss this case under Federal Rule of Civil Procedure 41(a)(2).

The court considers the terms of dismissal proper. This case is dismissed with prejudice. Any pending motions are denied as moot. Each party is responsible for its own costs and attorneys' fees incurred in this lawsuit. The clerk of court is directed to close this case.

*So ordered by the court on May 24, 2021.*

J. Campbell Barker
United States District Judge